# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Galeas, Jr.,

    Plaintiff(s),

vs.

FNU Byrd,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv543

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

Signed: December 20, 2011

Frank G. Johns, Clerk
United States District Court